UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
C.C., et al.,

                                 Plaintiffs,

      -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                                 Defendant.
------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 2 9 2020

ORDER

20 Civ. 1915 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's time to respond to Plaintiffs' complaint is extended from July 6, 2020 to August 5, 2020. The initial conference is adjourned from July 22, 2020 to August 26, 2020 at 9:30 am.

Dated: New York, New York
       June 26, 2020

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge