UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

C.C., individually and on behalf of D.A., a child with a disability,

            Plaintiff,

  -v-

NEW YORK CITY DEPARTMENT OF EDUCATION,

           Defendant.

CIVIL ACTION NO.: 20 Civ. 1915 (GBD) (SLC)

**TELEPHONE CONFERENCE**
**SCHEDULING ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Plaintiff's Letter-Motion (ECF No. 25) is GRANTED.  The settlement conference scheduled for September 29, 2020 is adjourned <u>sine</u> <u>die</u>.  A Telephone Conference is scheduled for **Tuesday, October 6, 2020 at 10:00 am** regarding the issues raised in Plaintiff's Letter-Motion.  The parties are directed to call the Court's conference line at the scheduled time:  (866) 390-1828; access code: 380-9799.

The Clerk of Court is respectfully directed to close ECF No. 25.

Dated:      New York, New York
              September 24, 2020

                                    SO ORDERED

                                    _/s/ Sarah L. Cave_____
                                    **SARAH L. CAVE**
                                    **United States Magistrate Judge**