**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

C.C., et al.,                                                       :

                           Plaintiffs,       :

        -against-                                              :

NEW YORK CITY DEPARTMENT OF EDUCATION, :

                        Defendant.        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**JAN 0 6 2021**

ORDER

20 Civ. 1915 (GBD) (SLC)

GEORGE B. DANIELS, United States District Judge:

The January 13, 2021 conference is canceled, in light of this Court's referral to Magistrate

Judge Sarah L. Cave for General Pretrial Supervision and Settlement.

Dated: New York, New York
       January 4, 2021

                               SO ORDERED.

                               GEORGE B. DANIELS
                               United States District Judge