

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MELANIE ASH**
Tel (212) 356-2276 (o)
(917) 828-3930 (c)
mash@law.nyc.gov

May 7, 2021

**By ECF**
Hon. Sarah Cave, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   *C.C., et al. v. NYC Dep't of Educ.*, 20-cv-01915 (GBD) (SLC) –
            **Application for Two Week Adjournment of Initial Conference**

Dear Judge Cave:

      I am senior counsel in the Affirmative Litigation Division of the New York City Law Department, counsel for the Defendant New York City Department of Education ("Defendant") in the case referenced above. I write, with consent of Plaintiff, to request a two week adjournment of the Initial Conference currently scheduled for May 25, 2021, along with the related date to file a Report of Rule 26(f) Meeting and Proposed Case Management Plan, currently scheduled for May 18, 2021.

      This would be the fourth adjournment of the Initial Conference, in addition to one prior cancellation of a scheduled conference. In connection with extensions of time to answer the Complaint, Judge Daniels twice adjourned the Initial Pretrial Conference—first, from June 24, 2020 to July 22, 2020; second, from July 22, 2020 to August 26, 2020. Subsequently, Judge Daniels again adjourned--from August 26, 2020 to January 13, 2021—and then canceled the rescheduled Initial Conference, in order to facilitate the parties' prior attempts at settlement. It was in connection with the cancellation of the January 2021 Initial Conference that Judge Daniels referred this matter to Your Honor for general pretrial matters on January 6, 2021.

      At this time, Defendant requests a two week adjournment of the Initial Conference to allow for the transition of this matter to new Law Department counsel since current counsel has been appointed to a non-litigating role with the City. Plaintiff has consented to the requested adjournment. Both parties are available to attend a conference on June 8 or 10, 2021.

Thank you for your consideration of this request.

                                        Respectfully submitted,

                                        Melanie C.T. Ash
                                        Assistant Corporation Counsel
                                        Affirmative Litigation Division

cc:     Benjamin Kopp (via ECF)

---

Defendants' letter-motion requesting an adjournment of the May 25, 2021 Initial Conference (ECF No. 36) is GRANTED. The Initial Conference is ADJOURNED to **Thursday, June 10, 2021 at 3:00 pm** on the Court's conference line. The terms of the Order Scheduling an Initial Case Management Conference (ECF No. 35) are incorporated by reference, and the parties shall file their Report of Rule 26(f) Meeting and Proposed Case Management Plan by **Thursday, June 3, 2021**.

The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 36.

SO-ORDERED 5/10/2021

SARAH L. CAVE
United States Magistrate Judge