

ANDREW CUDDY
MANAGING ATTORNEY

BENJAMIN KOPP
ASSOCIATE ATTORNEY
BKOPP@CUDDYLAWFIRM.COM
DIRECT DIAL 315-207-5584

June 15, 2020

Hon. Sarah L. Cave
500 Pearl Street
New York, NY 10007

**Re:** *C.C., individually and on behalf of D.A. v. New York City Department of Education*, No. 1:20-cv-1915-GBD-SLC

Dear Hon. Cave:

My office represents the Plaintiff in the above matter. Plaintiff respectfully requests an adjournment of the Initial Pretrial Conference, currently scheduled for Thursday, June 17, 2021 at 12:00 p.m., to: (i) a later time on June 17, 2021 between 2:00 p.m. and 3:30 p.m.; (ii) after 10:00 a.m. on June 24, 2021; or (iii) as soon thereafter as is convenient for the Court. I have communicated with Defendant's counsel, Lillian P. Wesley, who consents to this request.

This morning, in *Y.S. et al. v. New York City Dept. of Educ.* (1:21-cv-00711-MKV), where I am also the counsel of record, the Court issued an Order to Show Cause *sua sponte*, for a hearing on June 17, 2021 at 11:30 a.m., concerning the defendant's noncompliance with a preliminary injunction, which needs immediate resolution. I would be unable to bring another attorney up-to-speed on the nuances of either case or communications with the respective opposing counsel prior to these current times.

The first three granted adjournments (i.e., 04/06/20, 06/29/20, 08/10/20) were in anticipation of settlement negotiations and a then-upcoming settlement conference. On December 29, 2020, the parties requested a fourth adjournment of the IPC—also due to the then-upcoming settlement conference; and the Hon. George B. Daniels ordered the IPC canceled, with reference to Your Honor for pretrial supervision. Since the settlement conference, there have been two adjournments, both by Defendant and both granted—the first due to Defendant's transition between attorneys, and the second due to the cyber-attack on the New York City Law Department.

Respectfully,

s/ Benjamin M. Kopp
Benjamin M. Kopp

---

Plaintiff's letter-motion requesting an adjournment of the Initial Conference (ECF No. 42) is GRANTED, and the Initial Conference is ADJOURNED to **2:00 pm** on **Thursday, June 17, 202**1**,** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 42.

SO ORDERED 6/15/2021

SARAH L. CAVE
United States Magistrate Judge

---

5693 SOUTH STREET ROAD, AUBURN, NEW YORK 13021 • FAX: 1-888-282-7785