UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

C.C., individually and on behalf of D.A., a child with a disability,

                Plaintiff,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.

CIVIL ACTION NO.: 20 Civ. 1915 (GBD) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

On September 12, 2022, the Court granted Attorney Shefali T. Singh's request for withdrawal and directed the newly appointed Assistant Corporation Counsel (the "Corporation Counsel") to file a notice of appearance (the "Notice") by Monday, September 19, 2022.  (ECF No. 88).  To date, the Corporation Counsel has not filed the Notice.  By **Monday, September 26, 2022**, the Corporation Counsel shall file the Notice.

Dated:      New York, New York
              September 20, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**