UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

C.C., individually and on behalf of D.A., a child with a disability,

                Plaintiff,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.

CIVIL ACTION NO.: 20 Civ. 1915 (GBD) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

Pursuant to the telephone conference held today, April 28, 2023, the Court orders as follows:

1. By **June 27, 2023**, Defendant shall (i) notify Plaintiff whether Defendant contests the Independent Auditor's determination (ECF No. 91-2 (the "Determination")) that Defendant failed to timely implement the May 13, 2019 order concerning D.A.'s education (see ECF No. 4 ¶ 11), and (ii) if so, produce the Independent Auditor's report pursuant to which the Determination was made and the documents and information available to the Independent Auditor in connection with the preparation of that report.
2. Fact discovery shall be completed by **July 27, 2023**.
3. By **August 3, 2023**, the parties shall file a joint letter certifying the completion of fact discovery and proposing next steps in this action, including whether the parties request a settlement conference with the Court or intend to file dispositive motions.

Dated:     New York, New York
            April 28, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
United States Magistrate Judge