UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| C.C., individually and on behalf of D.A., a child with a disability,<br><br>        Plaintiff,<br><br> -v-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>        Defendant. | CIVIL ACTION NO. 20 Civ. 1915 (GBD) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge:

On October 31, 2023, this case was reopened and restored to the open docket. (ECF No. 104). By **November 6, 2023**, the parties shall file a joint status letter proposing next steps in this action which shall include, if the parties believe further fact and/or expert discovery is required, a proposed discovery schedule.

Dated:  New York, New York      SO ORDERED.
     November 2, 2023

                               _____
                               SARAH L. CAVE
                               United States Magistrate Judge